**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:20-cv-25184**

BRIAN JAMIE ROETHLISBERGER,

        Plaintiff,

v.

VIX, INC. aka VIX FLORIDA, INC. and
FRANCISCO URBINA,

        Defendants.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff BRIAN JAMIE ROETHLISBERGER by and through his undersigned counsel, brings this Complaint against Defendants VIX, INC. aka VIX FLORIDA, INC. and FRANCISCO URBINA for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1.    Plaintiff BRIAN JAMIE ROETHLISBERGER ("Roethlisberger") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Roethlisberger's original copyrighted Works of authorship.

2.    Roethlisberger is a fashion & portrait photographer based in New York City. As a former professional ballet dancer, he has an eye for capturing movement and energy, and has become known for creating dynamic photographs that combine both strength & athleticism with humanity & expression. Focused on bringing beauty and a unique sense of character to the

world of men's fashion, over the years he has forged a signature pop art style that is vibrant, bold, and often instantly identifiable.

3. His work has been featured in British Vogue, Vogue Paris, The New York Times, Dazed, GQ, and PAPER Magazine, among others. Clients include Sony Music Entertainment and Universal Music Group.

4. Defendant VIX, INC. AKA VIX FLORIDA, INC. ("VIX") is a webpage which advertises Latin American cultured movies, and television shows. Ranging from newest releases, most popular, to old classics, VIX also incorporates, a mixture of pop culture news articles. The pop culture news articles include a variety of American super stars, and Latino / Latina superstars. At all times relevant herein, VIX owned and operated the internet website located at the URL www.vix.com (the "Website").

5. Defendant Francisco Urbina ("Urbina") is the registrant of the Website.

6. Defendants VIX and Urbina are collectively referred to herein as "Defendants."

7. Roethlisberger alleges that Defendants copied Roethlisberger's copyrighted Works from the internet in order to advertise, market and promote its business activities. Defendants committed the violations alleged in connection with Defendants' business for purposes of advertising and promoting sales to the public in the course and scope of Defendants' business.

## JURISDICTION AND VENUE

8. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

9. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

10. Defendants are subject to personal jurisdiction in Florida.

11. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

12. VIX, Inc. aka VIX Florida, Inc. is a Florida Corporation, with its principal place of business at 2121 Ponce De Leon Boulevard, Suite 800, Coral Gables, Florida, 33134, and can be served by serving its Registered Agent, Corporate Creations Network Inc., 801 US Highway 1, North Palm Beach, Florida, 33408.

13. Francisco Urbina is an individual residing in Miami-Dade county, state of Florida and can be served at 2121 Ponce De Leon Boulevard, Suite 800, Coral Gables, Florida, 33134.

## THE COPYRIGHTED WORKS AT ISSUE

14. In 2017, Roethlisberger created the photographs entitled 3.15.17.TylerC-21.jpg, and 3.15.17.TylerC-01.jpg, which are shown below and referred to herein as the "Works".





15.     Roethlisberger registered the Works with the Register of Copyrights on March 15, 2019 and was assigned registration number VA 2-142-812.  The Certificate of Registration is attached hereto as Exhibit 1.

16.     Roethlisberger's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

17.     At all relevant times Roethlisberger was the owner of the copyrighted Works at issue in this case.

## **INFRINGEMENT BY DEFENDANTS**

18.     Defendants have never been licensed to use the Works at issue in this action for any purpose.

19.     On a date after the Works at issue in this action were created, but prior to the filing of this action, Defendants copied the Works.

20. Defendants copied Roethlisberger's copyrighted Works without Roethlisberger's permission.

21. After Defendants copied the Works, they made further copies and distributed the Works on the internet to promote the sale of goods and services as part of their pop culture articles.

22. Defendants copied and distributed Roethlisberger's copyrighted Works in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

23. Roethlisberger's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

24. Defendants committed copyright infringement of the Works as evidenced by the documents attached hereto as Exhibit 2.

25. Roethlisberger never gave Defendants permission or authority to copy, distribute or display the Works at issue in this case.

26. Roethlisberger notified Defendants of the allegations set forth herein on April 21, 2020 and May 12, 2020.  To date, the parties have failed to resolve this matter.  Copies of the Notices to Defendants are attached hereto as Exhibit 3.

## COUNT I
## COPYRIGHT INFRINGEMENT

27. Plaintiff incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

28. Roethlisberger owns valid copyrights in the Works at issue in this case.

29. Roethlisberger registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

30. Defendants copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Roethlisberger's authorization in violation of 17 U.S.C. § 501.

31. Defendants performed the acts alleged in the course and scope of its business activities.

32. Defendants' acts were willful.

33. Roethlisberger has been damaged.

34. The harm caused to Roethlisberger has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendants VIX, Inc. aka VIX Florida, Inc. and Francisco Urbina that:

a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendants be required to pay Plaintiff his actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded pre and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

Dated: December 17, 2020                             Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number:  98220
joel.rothman@sriplaw.com
CRAIG A. WIRTH
Florida Bar Number:  125322
craig.wirth@sriplaw.com
MEIR TEITELBAUM
Florida Bar Number:  1022915
meir.teitelbaum@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Brian Jamie Roethlisberger*