# Exhibit

# 2





View More on Instagram

2,096 likes
tclint
fresh outta insta jail
view all 64 comments
Add a comment...

Is it safe to say it now? NEW BAE ALERT!

Tyler is a 22-year-old heartthrob, son of Bill's half brother, Roger.

tclint
Chappaqua, New York

View Profile

View More on Instagram

1,466 likes
tclint
boys day
view all 29 comments
Add a comment...

Brains and beauty? Check! He recently graduated from Loyola Marymount University.

tclint

View Profile

PARENTING

Jessica Alba And Her Daughter Go To Therapy Together For A Truly Inspiring Reason

ADVERTISEMENT

Lidl
Lidl lohnt sich

Lidl lohnt sich

Gut. Besser. Bioland.

Bioland-Vollmilch 3,8%

Mehr erfahren

ADVERTISEMENT

comdirect
Kostenloses Depot
Wertpapiersparpläne ab 25 €
24 Stunden / 7 Tage für Sie da
Depot eröffnen





He's excited and looking forward to more modeling gigs with the agency.

Be somebody

Here's another hot one before we go.





Spiel dieses Game für 1 Min und sieh warum jeder verrückt danach ist



If Someone Is Lying To You, They'll Surely Use
One Of These 5 Phrases



How Many People Have Died On Earth?



Tausende Deutsche stürzen sich auf die
Armbanduhren dieses Schweizer Start-Ups



So sichern Sie Ihren gesamten Computer mit
einem Klick



Handgefertigt in der Schweiz: 24 Stunden und nur ein Zeiger. Die Slow Uhr hilft dir,
im Moment zu leben.



If He Does These 10 Things It's Because He's
Crazy About You



11 Romantic Texts That'll Make Any Man Fall
For You



Zurück auf Wolke sieben - Romantische Ideen
für die Zeit zu zweit



Die Kapitalmärkte in 2020 - unsere
Einschätzung lesen.



Ein Brief, der deutsche Sammlerherzen höher schlagen lässt







The Psychology Behind Why Not All Who
Wander Are Lost

7 Herbs and Flowers That Can Do Wonders
For Your Period



Auto Abo: Nur noch Tanken - alles andere ist
inklusive.



Neue Webseite findet sekundenschnell die
günstigsten Flüge



Haftpflichtversicherung | Test & Vergleich 2020



What Does It Really Mean To Be Loyal In A
Relationship? These 6 Actions Explain It



5 Thoughts A Man Has After He's Caught
Cheating



Wie Ihnen diese Waschkugel helfen wird, Geld
zu sparen



Günstige Hotels suchen - Hotels in Sekunden
vergleichen



Handyvertrag so günstig, es ist kaum zu glauben



Who Is Stronger? This Is The Strength Scale
Marvel Uses For Its Heroes And Villains



This Is What Babies Feel In The Womb When
Their Mom Cries



Billige Flüge auf KAYAK - Buche jetzt und
spare dabei



Single-Mädchen sind auf der Suche nach
Single-Männern in Berlin



Gartentrampolin?



Gartentrampoline mit TÜV Siegel vom Spezialisten

Anigel 44 | Sponsored



8 Shocking Things You Didn't Know Are Happening In The World Right Now

US



7 Signs Of A Man That's In Love

US



Strategie & Strategie: Der Finanzpodcast von Flossbach von Storch

Flossbach von Storch | Sponsored



40-Jähriger hat in 14 Tagen Englisch gelernt. Ohne Anstrengung.

Fast Fluent | Sponsored



Zahnzusatzversicherung: Die besten Tarife

Zahnversicherungen | Gesponserte Links | Sponsored



5 Things That Should Not Be Happening In A Healthy Relationship

VIX



This Trump Family Portrait Will Make You Ponder

VIX



Dieses Gerät entspannt Ihre Nackenmuskeln

Hallu Reviews | Sponsored



Ab dem 17.02. bei Lidl: Küchenhelfer - In tollen Farben. Jetzt informieren.

LIDL | Sponsored



Secret Escapes: Bis zu 400 Traumangebote

Secret Escapes | Sponsored





The 4 Best Juices To Drink While On Your
Period



Meet Rombai: 8 Interesting Facts Of The Latin
Band That Everyone Is Talking About



3D-Möbel-Konfigurator: Gestalte Selbst Dein
Möbel



Paar schließt Wette ab: Keine Restaurants,
kein Fast Food, kein Alkohol. So sehen sie ei...



Falls Ihre im Haus gehaltene Katze erbricht (dann machen Sie dies täglich)



Jay Hernandez Talks About His Role In "Toy
Story 4" [EXCLUSIVE INTERVIEW]



You Won't Believe The Reason Why Shakira
Was Afraid To Make Her Music Comeback



8 Flaschen Top-Rotwein: Nur jetzt für nur
39,90 €



Treppenlift-Kosten für Senioren auf Rekordtief
- So zahlen Sie fast nichts



22 kg leichter - Elisa verrät, wie sie es geschafft hat



5 Websites And Apps That Make It Easy To
Support Black-Owned Businesses



We Bet You Never Noticed These Mistakes In
'The Wedding Singer'—Even 20 Years Later







 



Q All   🖼 Images   ♡ Maps   �♢ Shopping   ⁝ More     Settings   Tools

About 1 results (0.27 seconds)

 Image size:
200 × 122

Find other sizes of this image:
All sizes - Small - Medium

Results for **site:vix.com**

Visually similar images



Report images

Pages that include matching images

www.vix.com › pop-culture › were-seriously-thirsty-over-hillary-clint... ▾

Tyler, Hillary Clinton's Hot Nephew, Just Scored Modeling ...

200 × 122 - Right when we thought 2017 was a shit show, a Clinton comes to the rescue—and no, it's not our girl Hillary . World, meet Tyler Clinton , Bill's and Hillary's ...



EN
Select language

---

## CHANNEL/POP

---

# We're Seriously Thirsty Over Hillary Clinton's Hot Model Nephew
JESSICA ROIZ



GETTY IMAGES

---

ADVERTISEMENT

---

Right when we thought 2017 was a shit show, a Clinton comes to the rescue—and no, it's not our girl **Hillary**.

vix

EN
Select language



EN
Select language



Is it safe to say it now? NEW BAE ALERT!

## Tyler is a 22-year-old heartthrob, son of Bill's half brother, Roger.



EN
Select language



ADVERTISEMENT

Brains and beauty? Check! He recently graduated from Loyola Marymount University.



EN
Select language



Seemingly, he's been modeling since like, forever ago.

*Content temporarily unavailable:* https://www.instagram.com/p/U5BzPaJShk/?taken-by=tclint



EN
Select language



ADVERTISEMENT

vix

EN
Select language



EN
Select language



He's excited and looking forward to more modeling gigs with the agency.





ADVERTISEMENT



EN
Select language



You Might Also Like

The Internet Is Not Forgiving Of Melania Trump's Official White House Photo

6 Things We Know About Adriana Lima's New Man



Taboola Feed

**VIX**

EN
Select language

**Österreich: Aktiv- & Wanderurlaub pro Familie ab 528 €**
austria.info | Sponsored

**Natürlich wie nie. Diese Uhren aus Holz und Stein verdrehen im Moment jedem den Kopf.**
Holzkern | Sponsored

**Spiel dieses Game für 1 Min und sieh warum jeder verrückt danach ist**
Planet Capture | Sponsored

**If Someone Is Lying To You, They'll Surely Use One Of These 5 Phrases**
VIX

**How Many People Have Died On Earth?**
VIX

**Tausende Deutsche stürzen sich auf die Armbanduhren dieses Schweizer Start-Ups**
Armbanduhren CODE41 | Sponsored

**So sichern Sie Ihren gesamten Computer mit einem Klick**
InfinitiKloud | Sponsored

**Handgefertigt in der Schweiz: 24 Stunden und nur ein Zeiger. Die Slow Uhr hilft dir, im Moment zu leben.**
slow-watches.com | Sponsored

**If He Does These 10 Things It's Because He's Crazy About You**
VIX

**11 Romantic Texts That'll Make Any Man Fall For You**
VIX

◎VIX

EN
Select language

**7 Herbs and Flowers That Can Do Wonders For Your Period**
VIX

**Auto Abo: Nur noch Tanken - alles andere ist inklusive.**
Volvo | Sponsored

**Neue Webseite findet sekundenschnell die günstigsten Flüge**
Jetcost | Sponsored

**Haftpflichtversicherung | Test & Vergleich 2020**
Haftpflichtversicherung | Sponsored

**What Does It Really Mean To Be Loyal In A Relationship? These 6 Actions Explain It**
VIX

**5 Thoughts A Man Has After He's Caught Cheating**
VIX

**Wie Ihnen diese Waschkugel helfen wird, Geld zu sparen**
WashZilla | Sponsored

**Günstige Hotels suchen - Hotels in Sekunden vergleichen**
momondo | Sponsored

**Handyvertrag so günstig, es ist kaum zu glauben**
Handy | Gesponserte Links | Sponsored

**Who Is Stronger? This Is The Strength Scale Marvel Uses For Its Heroes And Villains**
VIX

VIX

EN
Select language

**8 Shocking Things You Didn't Know Are Happening In The World Right Now**
VIX

**7 Signs Of A Man That's In Love**
VIX

**Stratege & Stratege: Der Finanzpodcast von Flossbach von Storch**
Flossbach von Storch | Sponsored

**40-Jähriger hat in 14 Tagen Englisch gelernt. Ohne Anstrengung.**
Fast Phrases | Sponsored

**Zahnzusatzversicherung: Die besten Tarife**
Zahnversicherungen | Gesponserte Links | Sponsored

**5 Things That Should Not Be Happening In A Healthy Relationship**
VIX

**This Trump Family Portrait Will Make You Ponder**
VIX

**Dieses Gerät entspannt Ihre Nackenmuskeln**
Geeks Reviews | Sponsored

**Ab dem 17.02. bei Lidl: Küchenhelfer - In tollen Farben. Jetzt informieren.**
LIDL | Sponsored

**Secret Escapes: Bis zu 400 Traumangebote**
Secret Escapes | Sponsored

## VIX

EN
Select language

Verrückte Welt | Sponsored

**Falls Ihre im Haus gehaltene Katze erbricht (dann machen Sie dies täglich)**
TiereHelfen.com | Sponsored

**Jay Hernandez Talks About His Role In "Toy Story 4" [EXCLUSIVE INTERVIEW]**
VIX

**You Won't Believe The Reason Why Shakira Was Afraid To Make Her Music Comeback**
VIX

**8 Flaschen Top-Rotwein: Nur jetzt für nur 39,90 €**
ebrosia | Sponsored

**Treppenlift-Kosten für Senioren auf Rekordtief - So zahlen Sie fast nichts**
treppenlift-hauslift.de | Sponsored

**22 kg leichter - Elisa verrät, wie sie es geschafft hat**
foodspring® | Sponsored

**5 Websites And Apps That Make It Easy To Support Black-Owned Businesses**
VIX

**We Bet You Never Noticed These Mistakes In 'The Wedding Singer'—Even 20 Years Later**
VIX

**Abnehm-Industrie geschockt. Ernährungsberater verschenkt seinen Abnehm-Bestseller**
Jasper Caven | Sponsored

**Sale bei Adidas bis zu 50%**
Stylight | Sponsored

**◉ VIX**

EN
Select language

**Sind Sie auf der Suche nach einem Mittel gegen Nacken- und Rückenschmerzen?**
Neck Relax | Sponsored

**Jobs im Einzelhandel, mit Gehaltsangabe.**
Gehalt.de | Sponsored

**TV-Sendung testet Strom-Wechselassistenten. Stromanbieter automatisch mit remind.me wechseln**
remind.me | Sponsored

**These 11 Signs Tell The World That You Have A Strong Personality**
VIX

**5 Podcasts To Listen To On Your Morning Commute For The Best Daily Motivation**
VIX

**Finde jetzt einen Partner aus Berlin**
DatingTestsieger.de | Sponsored

**The largest search engine for furnished apartments**
Nestpick | Sponsored

**Genial: So zahlen Sie fast nichts für Ihre neuen Fenster**
Fenster Angebote | Sponsored

**You Won't Believe That Shakira Dated This Telenovela Actor 20 Years Ago**
VIX

**10 Great Movie Musicals You Can Stream Right Now**
VIX

