# Exhibit
# 3



Joel B. Rothman
*Board Certified in Intellectual Property Law*

Direct: 561.404.4335
joel.rothman@sriplaw.com

April 21, 2020

**VIA EMAIL: frank.urbina@vix.com**
Mr. Rafael Urbina
Mr. Francisco Urbina
VIX, Inc. aka VIX Florida, Inc.
2121 Ponce De Leon BOULEVARD
Sutie 800
Coral Gables, FL 33134

Re:   **Roethlisberger v. VIX Inc.**
      **Our File No.:  00554-0009**

Dear Mr. Urbina and Mr. Urbina,

**We are a law firm making a claim on behalf of our client.  We know that this is reaching you during a difficult and trying time and that you may have more pressing concerns. We appreciate that responding to this letter may not be your priority.  However, we must receive a response from you so that we know that you are taking this matter seriously, even if you need more time to hire a lawyer or report this claim to your insurance carrier.  If we hear from you then we can work with you to understand your position and resolve our client's claim. Please respond to us.**

We write on behalf of our client Brian Jamie Roethlisberger, a photographer, for purposes of resolving a case of copyright infringement against you by our client.  This demand is privileged from disclosure pursuant to FRE Rule 408.

Please provide this letter to your general liability insurance carriers or other providers of insurance that may cover this claim and refer them to the enclosed demand pursuant to § 627.4137, Florida Statutes, for insurance information in this matter.

*Brian Jamie Roethlisberger ("Roethlisberger")*
Our client is an experienced professional photographer who makes a living from photography. Roethlisberger is a fashion & portrait photographer based in New York City. As a former professional ballet dancer, he has an eye for capturing movement and energy, and has become known for creating dynamic photographs that combine both strength & athleticism with humanity & expression. Focused on bringing beauty and a

Mr. & Mr. Rafael & Francisco Urbina
April 21, 2020
Page 2

unique sense of character to the world of men's fashion, over the years he has forged a signature pop art style that is vibrant, bold, and often instantly identifiable.

His work has been featured in British Vogue, Vogue Paris, The New York Times, Dazed, GQ, and PAPER Magazine, among others. Clients include Sony Music Entertainment and Universal Music Group.

Roethlisberger retains all copyrights to his photographs. Roethlisberger licenses his copyrighted Works, such as the ones in this case, for commercial use.

In , Roethlisberger created the images entitled "tyler-021", hereinafter referred to as the "Works."

The Works at issue are shown below.



1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com

Mr. & Mr. Rafael & Francisco Urbina
April 21, 2020
Page 3



Roethlisberger registered the Works with the Register of Copyrights on March 15, 2019 and was assigned the registration numbers VA, copies of which are enclosed.

*Infringement by VIX, Inc. aka VIX Florida, Inc. ("VIX")*
The infringement at issue was identified on November 15, 2019.  We have enclosed contemporaneous evidence of the infringement by VIX.

You have employed our client's Works in at least the manner indicated in the evidence attached.  Your unauthorized use commenced on at least the date indicated above. You are fully aware that the Works you used are our client's Works.  No one from your company ever sought a license from our client to use the Works for any purpose.

You have copied, displayed and distributed our client's Works without permission, license or consent.  The use of a creator's photographic image without written consent or license violates the United States Code, Title 17, and The Copyright Act. The Copyright Act provides for entry of an injunction directing removal of the offending materials pending litigation. This letter shall serve as formal notice that you immediately cease and desist all unauthorized uses of our client's Works.  Any such further uses shall be at your peril.

If you possess a contract, license, agreement or writing on which you will rely for authorization of your use of our client's Works, please provide us with this evidence so

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com

Mr. & Mr. Rafael & Francisco Urbina
April 21, 2020
Page 4

we may avoid further controversy or litigation.  Otherwise, we will be forced to assume that your use violated the law.

*Damages*
Copyright law provides several different elements of compensation to Roethlisberger when a work is infringed or altered.  Section 504 permits Roethlisberger to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages," or statutory damages of up to $150,000 per work infringed if the registration predated the infringement. Roethlisberger can present both damages theories to the jury and select the higher award any time prior to entry of judgment.

Academic studies have demonstrated that the use of good quality photographs more effectively market and advertise products and drive sales. Roethlisberger's photographs are of the highest quality.  Roethlisberger's photographs are also scarce since he is one of the only sources of such quality photographs.

Roethlisberger's damages are not limited to what he would have agreed to license the Works for prior to the infringement.  Rather, Roethlisberger's actual damages will be measured by the fair market value of the photograph considering VIX's use to sell and promote its business.  Roethlisberger's actual damages must be measured in light of VIX's use of Roethlisberger's high quality and unique Works.

This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement. See, e.g., *Davis v. Gap, Inc.*, 246 F.3d 152, 164 (2d Cir. 2001). The fair market value approach for calculating damages is an accepted approach to valuing the defendants' uses of photographs. See *Leonard v. Stemtech Int'l, Inc.*, Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016). In addition, Roethlisberger can offer evidence of the actual cost to take the photograph infringed on a time and materials basis.

Section 504 of the Copyright Act permits Roethlisberger to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Therefore, Roethlisberger will also be entitled to VIX's profits from the infringement, based upon the revenue VIX earned in connection with the use of Roethlisberger's Works.

Alternatively, Roethlisberger could seek statutory damages for infringement in an amount of up to $30,000 per work infringed if the registration predated the infringement. There is also the possibility that a judge or jury could determine that VIX's infringement was willful.  If VIX's infringement was shown to be willful, the statutory damage award would increase to an amount up to $150,000 per work infringed.

| 1801 Century Park East | 21301 Powerline Road | 125 Maiden Lane | Main: 561.404.4350 |
| Suite 1100 | Suite 100 | Suite 5C | Fax: 561.404.4353 |
| Los Angeles, CA 90067 | Boca Raton, FL 33433 | New York, NY 10038 | www.sriplaw.com |

Mr. & Mr. Rafael & Francisco Urbina
April 21, 2020
Page 5

*Demand*

In order to determine how to proceed, please provide us with information and documents showing:

1.   the full nature and extent of the use of our client's Works, in any and all formats;

2.   representative copies in any and all tangible form and media in which our client's Works were incorporated or employed; and

3.   the source of the Works.

Upon receipt of this information we will consider and determine an appropriate amount required to be paid to our client in compensation.

Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers. If we do not receive a response from you or a representative by May 5, 2020, we will take further steps to protect our client's rights. We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/bmb
Enclosures

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com



Joel B. Rothman
*Board Certified in Intellectual Property Law*

Direct: 561.404.4335
joel.rothman@sriplaw.com

April 21, 2020

**VIA EMAIL: frank.urbina@vix.com**
Mr. Rafael Urbina
Mr. Francisco Urbina
VIX, Inc. aka VIX Florida, Inc.
2121 Ponce De Leon BOULEVARD
Sutie 800
Coral Gables, FL 33134

Re:   **Roethlisberger v. VIX Inc.**
      **Our File No.:  00554-0009**

Dear Mr. Rafael Urbina and Mr. Francisco Urbina,

We write pursuant to § 627.4137, Florida Statutes, to demand a response with insurance information for each known policy of liability insurance your clients may have that may provide coverage for all or a portion of our client's claims in this matter:

(a)  The name of the insurer.
(b)  The name of each insured.
(c)  The limits of the liability coverage.
(d)  A statement of any policy or coverage defense which such insurer reasonably believes is available to such insurer at the time of filing such statement, and
(e)  A copy of the policy.

Thank you in advance for your anticipated cooperation.

Sincerely,

**SRIPLAW**

Joel B. Rothman

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com

Mr. & Mr. Rafael & Francisco Urbina
April 21, 2020
Page 2


JBR/bmb
Enclosures

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com



| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Brian Jamie Roethlisberger)[ in Name Claimant ]
Search Results: Displaying 4 of 8 entries



*Brian Jamie Roethlisberger.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002142812 / 2019-03-15
**Application Title:** Brian Jamie Roethlisberger
**Title:** Brian Jamie Roethlisberger. [Group registration of published photographs. 37 photographs. 2017-02-25 to 2017-12-29]
**Description:** 37 photographs : Electronic file (eService)
**Copyright Claimant:** Brian Jamie Roethlisberger. Address: 689 Myrtle Ave. 1D, Brooklyn, NY, 11205, United States.
**Date of Creation:** 2017
**Publication Date Range:** 2017-02-25 to 2017-12-29
**Nation of First Publication:** United States
**Authorship on Application:** Brian Jamie Roethlisberger; Domicile: United States. Authorship: photographs.
**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Photographs:** Published in October 2017 (2 photographs): 10.11.17.Wirth.jpg, 10.29.17.Dan.jpg.
Published in November 2017 (2 photographs): 11.18.17.Tom.jpg, 11.22.17.Patrick.jpg.
Published in December 2017 (6 photographs): 12.17.17.Ross-03.jpg, 12.20.17.Tyson-024.jpg, 12.29.17.JakeK-10.jpg, 12.29.17.JakeK-12.jpg, 12.3.17.Andrea.jpg, 12.9.17.Aidan-011.jpg.
Published in February 2017 (1 photographs): 2.25.17.Wirth.jpg.
Published in March 2017 (12 photographs): 3.10.17.Attila16-004.jpg, 3.15.17.TylerC-01.jpg, 3.15.17.TylerC-07.jpg, 3.15.17.TylerC-10.jpg, 3.15.17.TylerC-13.jpg, 3.15.17.TylerC-15.jpg, 3.15.17.TylerC-18.jpg, 3.15.17.TylerC-21.jpg, 3.15.17.TylerC-22.jpg, 3.20.17.Attila10.jpg, 3.27.17.ChaseF-03b.jpg, 3.4.17.Davin.jpg.
Published in April 2017 (7 photographs): 4.10.17.Ross.jpg, 4.12.17.RyanF-018.jpg, 4.14.17.Andrea.jpg, 4.18.17.Dan.jpg, 4.4.17.Lane.jpg, 4.7.17.ChrisJam-03.jpg, 4.9.17.Tyson-008.jpg.
Published in June 2017 (3 photographs): 6.15.17.Weston-009.jpg, 6.6.17.Andrea.jpg, 6.9.17.Tyson-005.jpg.
Published in July 2017 (1 photographs): 7.24.17.Matt-10.jpg.
Published in August 2017 (3 photographs): 8.2.17.SamL-005.jpg, 8.23.17.Tyson-011.jpg, 8.5.17.Charles2-005.jpg.
**Names:** Roethlisberger, Brian Jamie

| previous | next |

**Save, Print and Email (Help Page)**
Select Download Format | Full Record ▼ | Format for Print/Save
Enter your email address: | Email



EN
Select language

---

## CHANNEL/POP

---

# We're Seriously Thirsty Over Hillary Clinton's Hot Model Nephew
JESSICA ROIZ



GETTY IMAGES

ADVERTISEMENT

Right when we thought 2017 was a shit show, a Clinton comes to the rescue—and no, it's not our girl **Hillary**.

EN
Select language





Is it safe to say it now? NEW BAE ALERT!

## Tyler is a 22-year-old heartthrob, son of Bill's half brother, Roger.



EN
Select language



ADVERTISEMENT

Brains and beauty? Check! He recently graduated from Loyola Marymount University.



EN
Select language



Seemingly, he's been modeling since like, forever ago.

*Content temporarily unavailable:* *https://www.instagram.com/p/U5BzPaJShk/?taken-by=tclint*





ADVERTISEMENT

EN
Select language



EN
Select language



He's excited and looking forward to more modeling gigs with the agency.



EN
Select language



ADVERTISEMENT



EN
Select language



You Might Also Like

The Internet Is Not Forgiving Of Melania Trump's Official White House Photo

6 Things We Know About Adriana Lima's New Man





Taboola Feed

VIX

EN
Select language

**Österreich: Aktiv- & Wanderurlaub pro Familie ab 528 €**

austria.info | Sponsored

**Natürlich wie nie. Diese Uhren aus Holz und Stein verdrehen im Moment jedem den Kopf.**

Holzkern | Sponsored

**Spiel dieses Game für 1 Min und sieh warum jeder verrückt danach ist**

Planet Capture | Sponsored

**If Someone Is Lying To You, They'll Surely Use One Of These 5 Phrases**

VIX

**How Many People Have Died On Earth?**

VIX

**Tausende Deutsche stürzen sich auf die Armbanduhren dieses Schweizer Start-Ups**

Armbanduhren CODE41 | Sponsored

**So sichern Sie Ihren gesamten Computer mit einem Klick**

InfinitiKloud | Sponsored

**Handgefertigt in der Schweiz: 24 Stunden und nur ein Zeiger. Die Slow Uhr hilft dir, im Moment zu leben.**

slow-watches.com | Sponsored

**If He Does These 10 Things It's Because He's Crazy About You**

VIX

**11 Romantic Texts That'll Make Any Man Fall For You**

VIX

EN

Select language

**7 Herbs and Flowers That Can Do Wonders For Your Period**

VIX

**Auto Abo: Nur noch Tanken - alles andere ist inklusive.**

Volvo | Sponsored

**Neue Webseite findet sekundenschnell die günstigsten Flüge**

Jetcost | Sponsored

**Haftpflichtversicherung | Test & Vergleich 2020**

Haftpflichtversicherung | Sponsored

**What Does It Really Mean To Be Loyal In A Relationship? These 6 Actions Explain It**

VIX

**5 Thoughts A Man Has After He's Caught Cheating**

VIX

**Wie Ihnen diese Waschkugel helfen wird, Geld zu sparen**

WashZilla | Sponsored

**Günstige Hotels suchen - Hotels in Sekunden vergleichen**

momondo | Sponsored

**Handyvertrag so günstig, es ist kaum zu glauben**

Handy | Gesponserte Links | Sponsored

**Who Is Stronger? This Is The Strength Scale Marvel Uses For Its Heroes And Villains**

VIX

◎VIX

EN
Select language

**8 Shocking Things You Didn't Know Are Happening In The World Right Now**
VIX

**7 Signs Of A Man That's In Love**
VIX

**Stratege & Stratege: Der Finanzpodcast von Flossbach von Storch**
Flossbach von Storch | Sponsored

**40-Jähriger hat in 14 Tagen Englisch gelernt. Ohne Anstrengung.**
Fast Phrases | Sponsored

**Zahnzusatzversicherung: Die besten Tarife**
Zahnversicherungen | Gesponserte Links | Sponsored

**5 Things That Should Not Be Happening In A Healthy Relationship**
VIX

**This Trump Family Portrait Will Make You Ponder**
VIX

**Dieses Gerät entspannt Ihre Nackenmuskeln**
Geeks Reviews | Sponsored

**Ab dem 17.02. bei Lidl: Küchenhelfer - In tollen Farben. Jetzt informieren.**
LIDL | Sponsored

**Secret Escapes: Bis zu 400 Traumangebote**
Secret Escapes | Sponsored

## VIX

EN
Select language

Verrückte Welt | Sponsored

**Falls Ihre im Haus gehaltene Katze erbricht (dann machen Sie dies täglich)**
TiereHelfen.com | Sponsored

**Jay Hernandez Talks About His Role In "Toy Story 4" [EXCLUSIVE INTERVIEW]**
VIX

**You Won't Believe The Reason Why Shakira Was Afraid To Make Her Music Comeback**
VIX

**8 Flaschen Top-Rotwein: Nur jetzt für nur 39,90 €**
ebrosia | Sponsored

**Treppenlift-Kosten für Senioren auf Rekordtief - So zahlen Sie fast nichts**
treppenlift-hauslift.de | Sponsored

**22 kg leichter - Elisa verrät, wie sie es geschafft hat**
foodspring® | Sponsored

**5 Websites And Apps That Make It Easy To Support Black-Owned Businesses**
VIX

**We Bet You Never Noticed These Mistakes In 'The Wedding Singer'—Even 20 Years Later**
VIX

**Abnehm-Industrie geschockt. Ernährungsberater verschenkt seinen Abnehm-Bestseller**
Jasper Caven | Sponsored

**Sale bei Adidas bis zu 50%**
Stylight | Sponsored

**◉VIX**

EN
Select language

**Sind Sie auf der Suche nach einem Mittel gegen Nacken- und Rückenschmerzen?**
Neck Relax | Sponsored

**Jobs im Einzelhandel, mit Gehaltsangabe.**
Gehalt.de | Sponsored

**TV-Sendung testet Strom-Wechselassistenten. Stromanbieter automatisch mit remind.me wechseln**
remind.me | Sponsored

**These 11 Signs Tell The World That You Have A Strong Personality**
VIX

**5 Podcasts To Listen To On Your Morning Commute For The Best Daily Motivation**
VIX

**Finde jetzt einen Partner aus Berlin**
DatingTestsieger.de | Sponsored

**The largest search engine for furnished apartments**
Nestpick | Sponsored

**Genial: So zahlen Sie fast nichts für Ihre neuen Fenster**
Fenster Angebote | Sponsored

**You Won't Believe That Shakira Dated This Telenovela Actor 20 Years Ago**
VIX

**10 Great Movie Musicals You Can Stream Right Now**
VIX







Joel B. Rothman
*Board Certified in Intellectual Property Law*

Direct: 561.404.4335
joel.rothman@sriplaw.com

May 12, 2020

**VIA EMAIL:  frank.urbina@vix.com**
Mr. Rafael Urbina
Mr. Francisco Urbina
VIX, Inc. aka VIX Florida, Inc.
2121 Ponce De Leon BOULEVARD
Suite 800
Coral Gables, FL 33134

Re:   **Roethlisberger v. VIX Inc.**
       **Our File No.:  00554-0009**

Dear Mr. Urbina and Mr. Urbina,

**We are a law firm making a claim on behalf of our client.  We know that this is reaching you during a difficult and trying time and that you may have more pressing concerns. We appreciate that responding to this letter may not be your priority.  However, we must receive a response from you so that we know that you are taking this matter seriously, even if you need more time to hire a lawyer or report this claim to your insurance carrier.  If we hear from you then we can work with you to understand your position and resolve our client's claim. Please respond to us.**

We write this follow up letter on behalf of our client Brian Jamie Roethlisberger, for the purposes of resolving a case of copyright infringement against you by our client.  This demand is privileged from disclosure pursuant to FRE Rule 408.

Enclosed please find our prior letter dated April 21, 2020, wherein we detailed the basis of the copyright infringement claim against you, including the evidence of infringement.

We note that a review of the accused infringing webpage shows that the infringement has been removed.  However, this does not dispose of our client's claim.  It is imperative that you respond to us.  If we do not hear back from you, we will be forced to take further steps to protect our client's rights including by filing a lawsuit against you.  We also repeat our demand that you tender this claim to your insurance carrier.

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

Mr. & Mr. Rafael & Francisco Urbina
VIX, Inc. aka VIX Florida, Inc.
May 12, 2020
Page 2


We look forward to your prompt response.



Sincerely,

**SRIPLAW**



Joel B. Rothman

JBR/bmb
Enclosures

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com