The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS** Brian Jamie Roethlisberger

**DEFENDANTS** VIX, Inc. aka VIX Florida, Inc. and Francisco Urbina

**(b)** County of Residence of First Listed Plaintiff Kings, NY
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
SRIPLAW, 21301 Powerline Road, Suite 100, Boca Raton, FL 33433
(561.404.4350)

Attorneys *(If Known)*

**(d)** Check County Where Action Arose: ■ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*: ■ 3 Federal Question (U.S. Government Not a Party)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(For Diversity Cases Only)* — not applicable

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*: ■ 820 Copyrights

**V. ORIGIN** *(Place an "X" in One Box Only)*: ■ 1 Original Proceeding

**VI. RELATED/RE-FILED CASE(S)**: a) Re-filed Case ☐ YES ■ NO   b) Related Cases ☐ YES ■ NO
JUDGE:　　　　DOCKET NUMBER:

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:
17 U.S.C. Section 501 - Copyright Infringement
LENGTH OF TRIAL via ___ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23　　DEMAND $　　CHECK YES only if demanded in complaint:
JURY DEMAND: ■ Yes ☐ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**
DATE: 12.21.2020
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY: RECEIPT #　　AMOUNT　　IFP　　JUDGE　　MAG JUDGE**